## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of California

Case Number: 1:25-CV-01287-JLT-HBK

Plaintiff:
**MONICA DAWKINS**

vs.

Defendant:
**THE PROCTER & GAMBLE COMPANY**

For:
Reuben D. Nathan
NATHAN & ASSOCIATES
2901 W. COAST HWY, STE. 200
NEWPORT BEACH, CA 92663

Received by AAA Attorney Services II, Inc. to be served on **THE PROCTER & GAMBLE COMPANY, an Ohio Corporation, C/O CT CORPORATION SYSTEM, 4400 EASTON COMMONS WAY, SUITE #125, COLUMBUS, OH 43219**.

I, RON FREEMAN, being duly sworn, depose and say that on the **3rd day of October, 2025** at **11:07 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT/DECLINE U.S. MAGISTRATE JUDGE JURISDICTION [BLANK]; STANDING ORDER; ORDER SETTING MANDATORY SCHEDULING CONFERENCE** with the date and hour of service endorsed thereon by me, to: **LASHUNDA DOWELL** as **Registered Agent** at the address of: **C/O CT CORPORATION SYSTEM, 4400 EASTON COMMONS WAY, SUITE #125, COLUMBUS, OH 43219** on behalf of **THE PROCTER & GAMBLE COMPANY, an Ohio Corporation**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**RON FREEMAN**

10·7·25

Date

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2025003396
Ref: MONICA DAWKINS
Service Fee: $150.20

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d