Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff Monica Dawkins*

Yamili F. Gonzalez (SBN 327820)
**SQUIRE PATTON BOGGS (US) LLP**
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   +1 213 624 2500
Facsimile:   +1 213 623 4581

*Attorneys for Defendant The Procter & Gamble Company*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS,<br><br>            Plaintiff,<br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>            Defendant. | Case No. 1:25-cv-01287-JLT-HBK<br><br>**INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: September 29, 2025<br>Hon. Jennifer L. Thurston |

# **STIPULATION**

Plaintiff Monica Dawkins and Defendant The Procter & Gamble Company ("P&G"), by and through their counsel of record, hereby stipulate as follows pursuant to Local Rule 144(a):

**WHEREAS**, the Complaint in this matter was filed on September 29, 2025 (Dkt. 1);

**WHEREAS**, on October 3, 2025, P&G was served with the Summons and Complaint (Dkt. 4);

**WHEREAS**, P&G's response to the Complaint is currently due on October 24, 2025;

**WHEREAS**, pursuant to Local Rule 144(a), the parties have agreed to a twenty-eight (28) day extension of time by which P&G can respond to Plaintiff's Complaint;

**WHEREAS**, the parties agree that good cause exists for the extension of time;

**WHEREAS**, extending the foregoing deadline will not impact any other deadlines in this case;

**NOW THEREFORE**, the parties hereby stipulate and agree that the deadline for P&G to respond to the Complaint is now **November 21, 2025**.

Dated: October 15, 2025     Squire Patton Boggs (US) LLP

By: */s/ Yamili F. Gonzalez*
Yamili F. Gonzalez
Attorneys for Defendant
The Procter & Gamble Company

Dated: October 15, 2025     Nathan & Associates, APC

By: */s/ Reuben Nathan* (as authorized on 10/15/25)
Reuben D. Nathan
Attorneys for Plaintiff Monica Dawkins

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 131, I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 15, 2025                     Squire Patton Boggs (US) LLP


By: */s/ Yamili F. Gonzalez*
       Yamili F. Gonzalez

Attorney for Defendant The Procter & Gamble Company