

United States District Court
Eastern District of California

| Monica Dawkins | Case Number: | 1:25-cv-01287-JLT-HBK |

Plaintiff(s)

V.

The Procter & Gamble Company

APPLICATION FOR PRO HAC VICE
AND ORDER APPROVING
(Doc. No. 6)

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristin L. Bryan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant The Procter & Gamble Company

On 04/27/2011 (date), I was admitted to practice and presently in good standing in the New York (all state courts) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/19/2025         Signature of Applicant: /s/ Kristin L. Bryan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kristin L. Bryan |
| Law Firm Name: | Squire Patton Boggs (US) LLP |
| Address: | 1120 Avenue of the Americas, 13th Floor |
| City: | New York      State: NY    Zip: 10036 |
| Phone Number w/Area Code: | (212) 872-9821 |
| City and State of Residence: | Pepper Pike, OH |
| Primary E-mail Address: | kristin.bryan@squirepb.com |
| Secondary E-mail Address: | cle_dckt@squirepb.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Yamili F. Gonzalez |
| Law Firm Name: | Squire Patton Boggs (US) LLP |
| Address: | 555 South Flower Street, 31st Floor |
| City: | Los Angeles      State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 689-6540      Bar #: 327820 |

**ORDER**

The Pro Hac Vice Application (Doc. No. 6) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 20, 2025

*/s/ Helena M. Barch-Kuchta*
U.S. MAGISTRATE JUDGE