**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA DAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-01287-JLT-HBK<br><br>**DECLARATION OF JAMES M. BRENNAN IN SUPPORT OF DEFENDANT THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS** |

I, James M. Brennan, declare:

1. I am an attorney with the law firm Squire Patton Boggs (US) LLP, which is counsel of record for The Procter & Gamble Company ("P&G") in this action.

2. I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated below and would readily and competently testify under oath if called as a witness.

3. Attached as **Exhibit 1** is a true and correct copy of the Ivory.com home page that I obtained on November 11, 2025 from P&G's website at https://ivory.com/.

4. Attached as **Exhibit 2** is a true and correct copy of the Ivory.com home page as captured by the Wayback Machine on the Internet Archive on September 23, 2024 and available at https://web.archive.org/web/20240923202447/https://ivory.com/. I obtained Exhibit 2 from the Wayback Machine on November 11, 2025.

5. In the Ivory.com home page for both Exhibit 1 and Exhibit 2, the text "PRIVACY" at the bottom of the page links to https://privacypolicy.pg.com/en-US (the "Privacy Policy").

1. 6. Attached as **Exhibit 3** is a true and correct copy of the Privacy Policy that I obtained on November 11, 2025 from https://privacypolicy.pg.com/static/PDF/en-US.pdf. Exhibit 3 indicates that the Privacy Policy was updated on August 28, 2025.

2. 7. Attached as **Exhibit 4** is a true and correct copy of the Privacy Policy as captured by the Wayback Machine on the Internet Archive on September 17, 2024 and available at https://web.archive.org/web/20240917195313/https://privacypolicy.pg.com/static/PDF/en-US.pdf. I obtained Exhibit 2 from the Wayback Machine on November 11, 2025. Exhibit 4 indicates that the Privacy Policy was updated on September 13, 2024.

3. 8. Attached as **Exhibit 5** is a copy of the decision in *Camacho v. DG Premium Brands LLC*, No. 24STCV21672 (Cal. Super. Ct., L.A. Cnty. Apr. 17, 2025) which I obtained via Westlaw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2025 in Cleveland, Ohio.

　　　　　　　　　　　　　　　　　　　　　　/s/ James M. Brennan
　　　　　　　　　　　　　　　　　　　　　　James M. Brennan