Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff, MONICA DAWKINS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No: 1:25-cv-01287-JLT-HBK<br><br>**NOTICE OF NON-OPPOSITION AND INTENT TO FILE FIRST AMENDED COMPLAINT AS A MATTER OF COURSE PURSUANT TO F.R.C.P. 15(a)(1)(B)**<br><br>Judge: Hon. Jennifer L. Thurston |

**NOTICE OF NON-OPPOSITION AND INTENT TO FILE FIRST AMENDED COMPLAINT AS A MATTER OF COURSE PURSUANT TO F.R.C.P. 15(a)(1)(B)**

Pursuant to Local Rule 230(c), Plaintiff MONICA DAWKINS ("Plaintiff") hereby gives notice of her intent not to oppose Defendant THE PROCTER & GAMBLE COMPANY's ("Defendant") Motion to Dismiss filed on November 21, 2025 (ECF No. 8 – 8-6). Instead, Plaintiff will file a First Amended Complaint on or before December 12, 2025, pursuant to FRCP 15(a)(1)(B).

Plaintiff's non-opposition is procedural only and is not based on any concession as to the legal or factual merits of Defendant's Motion to Dismiss.

Respectfully submitted,

Dated:   December 5, 2025        **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

**LAW OFFICES OF ROSS CORNELL, APC**
Ross Cornell, Esq. (SBN 210413)
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*