1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MONICA DAWKINS,                              Case No.  1:25-cv-01287-JLT-HBK
      individually and on behalf of all others
12    similarly situated,                          INITIAL CASE MANAGEMENT AND
                                                   SCHEDULING ORDER
13                        Plaintiff,

14          v.

15    THE PROCTOR & GAMBLE
      COMPANY,
16
                          Defendant.
17

18

19          Plaintiff initiated this purported class action complaint on September 29, 2025.  (Doc. 1).

20   Plaintiff proceeds on her First Amended Complaint filed January 5, 2026. (Doc. 14).  Defendant

21   filed a Motion to Dismiss in response on January 20, 2026, which is ripe but remains pending.

22   (Docs. 15, 16, 20).  The Court telephonically conducted a mandatory initial scheduling

23   conference on February 12, 2026.  The following counsel appeared on behalf of the respective

24   parties: Attorney Ruben D. Nathan on behalf of Plaintiff and Attorney Kristin L. Bryan on behalf

25   of Defendant.  Following a review of the parties' Joint Scheduling Report (Doc. 18), the Court

26   enters this Initial Case Management and Scheduling Order (CMSO) for this putative class action

27   pursuant to Fed. R. Civ. P. 16(b).  This Initial CMSO, to the greatest extent possible, uses the

28   dates proposed and/or agreed to by the parties during the scheduling conference.

**I.      Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1).  *If not already completed.* | 02/26/2026 |
| Deadline to move to join a party or amend pleadings. *See* Fed. R. Civ. P. 14, 15, 19, 20. | 06/11/2026 |
| Mid-Discovery Conference | Report Due 10/22/2026 Conference 10/29/2026 |
| Deadline for nonexpert class certification and Plaintiff merits discovery. *See* Fed. R. Civ. P. 37. | 04/27/2027 |
| Expert Disclosure Deadlines.  See Fed. R. Civ. P. 26(a)(2). | 05/25/2027 |
| Rebuttal Expert Deadline | 06/22/2027 |
| Expert Discovery Deadline | 07/20/2027 |
| Deadline to File Class Certification Motion. See Fed. R. Civ. P. 23 | 08/27/2027 |
| Deadline to File Opposition for Class Certification. | 10/27/2027 |
| Deadline to File Reply for Class Certification. | 11/17/2027 |
| Class Certification Hearing Deadline. Before U.S. Magistrate Judge Helena Barch-Kuchta Courtroom 2, Fresno | 12/17/2027 at 10:00 AM |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271.  ***The parties may contact Chambers to arrange a settlement conference.*** | 07/20/2027 |

////

////

2

**II.   Discovery**

**The Court limits discovery to issues of class certification for purposes of Fed. R. Civ. P. 23(a) and (b) and to merits only as to the named Plaintiff.**  If during discovery Plaintiff finds the need to broaden discovery to satisfy Rule 23, Plaintiff may file an appropriate motion with the Court.

The parties are bound by the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Court's Local Rules.  The Court follows the rule that the completion date means that all discovery must be finished by the deadline set in the Rule 16 Case Management and Scheduling Order.  Motions to compel filed after the discovery deadline are presumptively untimely and may be denied on that basis alone.

Filing Motions, Deadlines and Hearings

Excepting the moving and opposition certification briefs as noted below, all moving and opposition briefs or legal memorandum in civil cases before Judge Barch-Kuchta shall not exceed twenty-five (25) pages unless the Court grants prior leave.  Reply briefs by the moving party shall not exceed ten (10) pages.  These page limitations do not include exhibits or declarations.  Briefs exceeding this page limitation without leave of Court may be stricken or not considered.  Counsel may choose to appear telephonically to argue non-dispositive motions before Magistrate Judge Barch-Kuchta, provided they indicate their intent to appear telephonically on their pleadings at least one week before the hearing.  The Court's teleconference line is 1-888-204-5984; Access Code 4446176.

Local Rule 230(b) governs the deadlines for a party to file a response and/or a reply to a motion.  As a rule, the Court will consider motions based on a review of the papers without oral argument under Local Rule 230(g).  If the Court decides a hearing is necessary following review of the record and briefs on file, the Court will set a hearing.

Informal Discovery Conference Prior to Filing Motion to Compel

Prior to filing a discovery motion under Fed. R. Civ. P. 37, a party must receive permission from the Court, which the Court will grant following an informal discovery conference.  An informal discovery conference is separate and apart from the Mid-Discovery

1    Conference above.

2        Please refer to Judge Barch-Kuchta's "Civil Procedures" tab on this Court's webpage.[1]  A

3    party requesting an informal discovery conference should contact Chambers for available dates.

4    The Court will schedule the conference as soon as possible, taking into consideration the urgency

5    of the issue.  Before contacting the Court, the parties must meet and confer by speaking in person,

6    over the telephone, or via video conference in attempt to resolve the dispute.

7        Prior to the conference, each party shall simultaneously submit a letter brief, outlining

8    their position regarding the dispute.  The letter briefs shall be no longer than three (3) pages in

9    length and should <u>not</u> be filed on the docket.  Letter briefs shall be emailed to Chambers at

10   hbkorders@caed.uscourts.gov.

11       Motions to Compel

12       After taking part in the informal discovery conference, the parties must conduct at least

13   one more **telephonic or video** call as part of their obligations to meet and confer in good faith to

14   resolve their discovery dispute prior to seeking judicial intervention.  If a party files a motion to

15   compel under Fed. R. Civ. P. 37, the parties must prepare and file a Joint Statement Regarding

16   Discovery Disagreement in compliance with Local Rule 251.  Failure to follow Local Rule 251

17   will result in the Court denying the motion without prejudice and dropping the motion from

18   calendar.  In addition to filing a Joint Statement electronically, a copy of the Joint Statement, in

19   Word format, shall also emailed to Chambers at hbkorders@caed.uscourts.gov.

20       **III.    Mandatory Settlement Conference** (Local Rule 270)

21       The Court requires a settlement conference or mediation in all cases. By the above date,

22   the parties shall submit a Joint Settlement Statement indicating whether they have engaged in

23   settlement discussions or mediation and/or whether they request the Court to set a settlement

24   conference.  ***The parties may contact Chambers any time prior to this date if they wish to***

25   ***schedule a settlement conference before a U.S. Magistrate Judge or participate in the VDRP***

26   ***program set forth in Local Rule 271.***

27       *////*

28   ---
     [1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/502311/.

4

IV.    **Class Certification**

The motion for class certification shall be filed no later than **August 27, 2027**.  Opposition to the motion shall be filed no later than **October 27, 2027**.  During the interval between the filing of the motion and the deadline for the opposition, the Defendant may conduct additional discovery as to the evidence relied upon by Plaintiff for the motion for class certification.

Neither the motion nor the opposition shall exceed 30 pages, exclusive of evidence and evidentiary objections, unless leave is granted by the Court prior to the filing.  Any reply shall be filed no later than **November 17, 2027**, and shall not exceed 15 pages, exclusive of evidentiary objections.  During the interval between the filing of the opposition and the deadline for the reply, Plaintiff may conduct additional discovery as to the evidence relied upon by Defendant for the opposition to the motion for class certification.

Any objections to the evidence shall be filed at the same time as the opposition (for Defendant) and the reply (for Plaintiff).[2]  A hard-copy, courtesy copy of all filings related to the class motion shall be sent via overnight mail at the same time the filing is submitted.  All the pages of evidence in the hard copy shall be numbered, tabbed, and indexed.

The hearing on the motion for class certification is set for  **Friday, December 17, 2027, at 10:00 AM** before United States Magistrate Helena Barch-Kuchta for preparation of a Report and Recommendation.  A second scheduling order, if appropriate, will issue following resolution of the class certification issue.

V.  **Effect of This Order**

This Initial CMSO represents the best estimate of the Court and parties as to the schedule most suitable for this case.  The dates set in this Order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested.  The failure to comply with this Order may result in the imposition of

---

[2] No motions to strike evidence will be entertained.  If the Court sustains an objection to a piece of evidence, the evidence will not be considered.

1   sanctions.

2          DONE AND ORDERED:

3

4   Dated:   February 12, 2026                _____
                                              HELENA M. BARCH-KUCHTA
5                                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28